PROB 12C
(6/16)

Report Date: September 23, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leonel Parra, Jr.     Case Number: 0980 2:19CR00098-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Marilyn L. Huff, U.S. District Court Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Court Judge

Date of Original Sentence: May 2, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Importation of Methamphetamine , 21 U.S.C. § 952, 960 | | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: | Prison - 41 days; TSR - 24 months | | |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: | July 17, 2018 |
| Defense Attorney: | TBD | Date Supervision Expires: | July 16, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

   1     **Mandatory Condition**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by court.

   **Supporting Evidence**: Mr. Parra, Jr. is considered to be in violation of his mandatory condition by consuming marijuana on or about March 12, 2019, as confirmed through laboratory analysis and using the drug again on or about March 31, 2019, per the admission form he signed.

   This officer met with Mr. Parra on December 20, 2018, and reviewed the conditions of supervised release listed in the revocation judgement dated July 17, 2018. He acknowledged an understanding of the conditions, signed them, and was provided with a copy.

   Leonel Parra, Jr. submitted a random urine test at his home on March 12, 2019, that was presumptive positive for Tetrahydrocannabinol (THC). He initially denied drug use at that

Prob12C
Re: Parra Jr., Leonel
September 23, 2019
Page 2

time.  The test was sent for further laboratory analysis and confirmed positive for marijuana metabolites on March 16, 2019.

On April 4, 2019, this officer spoke with Mr. Parra, Jr. on the phone and he admitted to using marijuana on or about March 10, 2019.  This officer met with Mr. Parra at his residence on April 5, 2019, and he confirmed he used marijuana on or about March 10, 2019. During this home visit, he disclosed his last use of the drug was on March 31, 2019.  He signed an admission form confirming his use of marijuana.

2   **Mandatory Condition**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.  Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by court.

**Supporting Evidence**: Mr. Parra, Jr. is considered to be in violation of his mandatory condition by consuming methamphetamine on or about May 20, 2019, as confirmed through laboratory analysis on May 24, 2019.

This officer met with Mr. Parra on December 20, 2018, and reviewed the conditions of supervised release listed in the revocation judgement dated July 17, 2018.  He acknowledged an understanding of the conditions, signed them, and was provided with a copy.

Based on the positive THC tests noted in violation 1, Mr. Parra was referred to The Center for Alcohol and Drug Abuse Treatment (The Center) in Wenatchee, Washington, for random urinalysis testing and a substance abuse assessment.  Mr. Parra provided a random urine test which was confirmed through laboratory analysis for amphetamine and methamphetamine as noted above.

3   **Mandatory Condition**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.  Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by court.

**Supporting Evidence**: Mr. Parra, Jr. is considered to be in violation of his mandatory condition by consuming cocaine on or about July 7, 2019.  He signed an admission for confirming his consumption of cocaine on July 8, 2019.

This officer met with Mr. Parra on December 20, 2018, and reviewed the conditions of supervised release listed in the revocation judgement dated July 17, 2018.  He acknowledged an understanding of the conditions, signed them, and was provided with a copy.

Based on the positive THC tests noted in violation 1, Mr. Parra was referred to The Center for Alcohol and Drug Abuse Treatment (The Center) in Wenatchee, Washington, for random urinalysis testing and a substance abuse assessment.  Mr. Parra provided a random urine test which tested positive for cocaine on July 8, 2019.  He signed an admission form confirming his use of cocaine.

Prob12C
Re: Parra Jr., Leonel
September 23, 2019
Page 3

| | |
|---|---|
| 4 | **Special Condition #4**: Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay. |

**Supporting Evidence**: Mr. Parra, Jr. is considered to be in violation of his special condition #4 by failing to comply with the treatment recommendation from the assessment completed on May 20, 2019, at The Center For Alcohol and Drug Treatment.

This officer met with Mr. Parra on December 20, 2018, and reviewed the conditions of supervised release listed in the revocation judgement dated July 17, 2018. He acknowledged an understanding of the conditions, signed them, and was provided with a copy.

Mr. Parra completed a substance abuse assessment at The Center For Alcohol and Drug Treatment on May 20, 2019. The assessment recommended he enter into and complete the Intensive Outpatient Program (IOP). To date, he has failed to follow through with any treatment services.

| | |
|---|---|
| 5 | **Special Condition #4**: Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay. |

**Supporting Evidence**: Mr. Parra, Jr. is considered to be in violation of his special condition #4 by failing to comply with the second assessment which recommended IOP treatment services on July 24, 2019.

This officer met with Mr. Parra on December 20, 2018, and reviewed the conditions of supervised release listed in the revocation judgement dated July 17, 2018. He acknowledged an understanding of the conditions, signed them, and was provided with a copy.

On July 24, 2019, Mr. Parra completed a second substance abuse assessment at Columbia Valley Community Health, New Path, which also recommended IOP treatment services. Mr. Parra has failed to meet with his counselor regarding this recommendation or start any substance abuse treatment services.

This officer spoke with Mr. Parra on September 12, 2019, and he advised the reason he had not followed up with the second counselor was, "I guess I am procrastinating."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 23, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
**Re: Parra Jr., Leonel**
**September 23, 2019**
**Page 4**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]    Other

_Thomas O. Rice_
Signature of Judicial Officer

September 24, 2019
Date