Report Date: January 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 27, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leonel Parra, Jr.          Case Number: 0980 2:19CR00098-TOR-1

Address of Offender: 1551 Methow Street, Apt. C, Wenatchee, Washington 98801

Name of Sentencing Judicial Officer: The Honorable Marilyn L. Huff, U.S. District Court Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Court Judge

Date of Original Sentence: May 2, 2018

| | | |
|---|---|---|
| Original Offense: | Importation of Methamphetamine, 21 U.S.C. §§ 952, 960 | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(07/16/2018) | Prison - 41 days<br>TSR - 24 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 17, 2018 |
| Defense Attorney: | Katherine Westerman | Date Supervision Expires: July 16, 2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/23/2019.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay. |

**Supporting Evidence**: Mr. Parra, Jr., is considered to be in violation of special condition number 4 by violating his substance abuse treatment plan by consuming alcohol on January 6, 7, and 14, 2020.

This officer met with Mr. Parra, Jr., on December 20, 2018, and reviewed his conditions of supervised release, listed in the revocation judgement dated July 17, 2018. He acknowledged an understanding of the conditions, signed them, and was provided a copy.

Mr. Parra, Jr., completed his initial assessment at the Center for Alcohol and Drug Abuse on May 20, 2019. The recommendation was for Mr. Parra, Jr., to enter the Intensive Outpatient Program (IOP). He chose to obtain a second opinion from another program and it too recommended he participate in IOP. He re-engaged in treatment at the Center for Alcohol and Drug Treatment on November 21, 2019. His treatment counselor reviewed the recommendation for IOP and the rules and expectation of the program which requires participants to remain alcohol and drug free. Mr. Parra, Jr., was placed on the programs waiting list for IOP.

Mr. Parra, Jr., met with his new counselor at the Center for Alcohol and Drug Treatment on December 6, 2019, and he was advised of the program rules and policies requiring him to remain substance free. He started IOP on December 23, 2019, and was again advised of the program rules and policies requiring him to remain substance free.

On January 15, 2020, Mr. Parra, Jr., met with his substance abuse treatment counselor. She advised him his random urine sample test from January 8, 2020, was positive for alcohol. Mr. Parra, Jr., admitted to his counselor he had consumed wine on or about January 6, 7 and 14, 2020. He understood his alcohol use violated the treatment rules which violates condition number 4 of his supervised release. Mr. Parra, Jr., told his counselor he did not believe alcohol was a problem for him and did not plan to discontinue his alcohol use.

Mr. Parra, Jr., has been removed from IOP due to his continued use of alcohol and failing to comply with his treatment plan, which is a violation of special condition number 4.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 27, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[✓]  Defendant to appear before the Judge assigned to the
       case.
[  ]  Defendant to appear before the Magistrate Judge.
[✓]  Other : All pending violations will be addressed at the
              final revocation/status hearing scheduled for
              2/4/2020 at 2:00 p.m.

_____
Signature of Judicial Officer

January 27, 2020
_____
Date